THE STATE v. KIMES, Appellant.

### Division Two, May 9, 1899.

Incest: INDICTMENT: EVIDENCE: WELL-TRIED CASE. From a conviction of incest defendant appeals. *Held*, that since the indictment is good, the instructions proper, and the evidence fully sustains the verdict of the jury, and the case well and fairly tried, the judgment will be affirmed.

*Appeal from Sullivan Circuit Court.*—HON. JOHN P. BUTLER, Judge.

AFFIRMED.

WILSON & CLAPP for appellant.

EDWARD C. CROW, Attorney-General, and SAM B. JEF-
FRIES, Assistant Attorney-General, for the State.

GANTT, P. J.—The defendant was indicted, tried and
convicted of incest in the circuit court of Sullivan county
at the November term, 1898. The defendant was duly ar-
raigned and entered his plea of not guilty.

The cause was tried at the same term.

The defendant is the uncle of Ollie Kimes, a young un-
married woman, about twenty years old, the daughter of
Wallace Kimes, a brother of defendant. The defendant at
the time of the commission of the offense was and is now a
married man about forty years old.

The evidence is positive, direct and fully corroborated,
that in the spring of 1898 the defendant and his family lived
with his parents; that his mother was sick and died in June,
1898; that during the old lady's illness Ollie Kimes from
time to time visited her grandmother and assisted in waiting
on her in her sickness. During these visits she testified de-
fendant had sexual connection with her on various occasions,
resulting in her becoming pregnant by him. On one occa-
sion they were detected *in flagrante delicto* by a cousin of
Ollie Kimes, Roscoe Smart, who was also a grandson of the
old lady Kimes. The defendant testified in his own behalf
and denied the sexual intercourse, but corroborated young
Smart in every other particular as to the time and place and
the presence of defendant and Ollie Kimes.

The defendant also offered evidence that his general
reputation for truth was good.

We have not had the benefit of argument or brief by
defendant, but have read the record and the brief of the
Attorney-General and considered the various ground in the
motion for a new trial.

The indictment is good and is not even assailed by de-
fendant. The evidence is short, clear, in point and if believed
by the jury, as it evidently was, fully sustained their verdict.

The instructions met every requirement of the law.   In a word the cause was well tried and the record discloses not the slightest ground for reversing the judgment, and it is accordingly affirmed.   SHERWOOD and BURGESS, JJ., concur.